UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:20-cv-21827-DPG**

SUN CUISINE, LLC d/b/a
ZEST RESTAURANT AND MARKET,
a Florida limited liability company
on behalf of itself and all
others similarly situated,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON Subscribing to Contract Number
B0429BA1900350 Under Collective
Certificate Endorsement 350OR100802,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES**

Plaintiff, Sun Cuisine LLC d/b/a Zest Restaurant and Market, on behalf of itself and all others similarly situated, respectfully submits as supplemental authority in support of its Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint the following:

1. Order Denying Defendant's Motion to Dismiss in *Urogynecology Specialist of Florida v. Sentinel Insurance Company, LTD.*, Case 6:20-cv-01174-ACC-EJK (M.D. Fla. September 24, 2020) attached hereto as Exhibit A.

2. Order Denying Defendant's Motion to Dismiss in *Francois Inc. v. The Cincinnati Insurance Company*, Case No. 20CV201416 (C.P. Lorain County, Ohio. September 29, 2020) attached hereto as Exhibit B.

Respectfully submitted October 7, 2020.

**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800

By: /s/ *Frank A. Florio*
    Frank A. Florio, Esq.
    Florida Bar No. 1010461
    fflorio@kttlaw.com
    Harley S. Tropin, Esq.
    Florida Bar No. 241253
    hst@kttlaw.com
    Benjamin Widlanski, Esq.
    Florida Bar No. 1010644
    bwidlanski@kttlaw.com
    Gail A. McQuilkin, Esq.
    Florida Bar No. 969338
    gam@kttlaw.com
    Javier A. Lopez, Esq.
    Florida Bar No. 16727
    jal@kttlaw.com
    Rachel Sullivan, Esq.
    Florida Bar No. 815640
    rs@kttlaw.com
    Robert Neary, Esq.
    Florida Bar No. 81712
    rn@kttlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Frank A. Florio*
    Frank A. Florio, Esq.