**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-21827-DPG**

SUN CUISINE, LLC d/b/a
ZEST RESTAURANT AND MARKET,
a Florida limited liability company
on behalf of itself and all
others similarly situated,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON Subscribing to Contract Number
B0429BA1900350 Under Collective
Certificate Endorsement 350OR100802,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Sun Cuisine, LLC d/b/a Zest Restaurant and Market submits as supplemental authority in support of its Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint the following:

    Memorandum and Order of Court, *MacMiles, LLC v. Erie Insurance Exchange*, No. GD-20-7753 (Pa. Com. Pl. May 25, 2021), attached hereto as Exhibit A.

Respectfully submitted May 27, 2021.

                                        **KOZYAK TROPIN & THROCKMORTON LLP**
                                        2525 Ponce de Leon Blvd., 9th Floor
                                        Coral Gables, FL 33134
                                        Tel: (305) 372-1800

                                        By: /s/ *Benjamin Widlanski*
                                             Harley S. Tropin, Esq.
                                             Florida Bar No. 241253
                                             hst@kttlaw.com
                                             Benjamin Widlanski, Esq.

Florida Bar No. 1010644
bwidlanski@kttlaw.com
Gail A. McQuilkin, Esq.
Florida Bar No. 969338
gam@kttlaw.com
Javier A. Lopez, Esq.
Florida Bar No. 16727
jal@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
Robert Neary, Esq.
Florida Bar No. 81712
rn@kttlaw.com

*Counsel for Plaintiff*